United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MARK BUCHANAN and DALE HOOVER<br>　　　Plaintiffs,<br><br>vs.<br><br>STERLING CONSTRUCTION COMPANY, INC., and TEXAS STERLING CONSTRUCTION CO.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:16-cv-3429<br>JURY |

---

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

On this day the Court considered the Joint Motion to Dismiss with Prejudice (the "Motion"). After considering the Motion, and having been advised that the parties have reached a mutually satisfactory agreement to resolve this litigation, the Court finds the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that any and all claims and causes of action asserted, or that could have been asserted, in the above-numbered and styled cause by and between Plaintiffs Mark Buchanan and Dale Hoover and Defendants Sterling Construction Company, Inc. and Texas Sterling Construction Co. are hereby dismissed with prejudice to the refiling of the same.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the costs of court shall be borne by the party who incurred them.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any relief not granted herein is denied, and that this Agreed Final Judgment, together with other Orders of the Court as to other parties in this proceeding constitutes the final, appealable judgment of this Court.

Signed this **30** day of _____ *Aug* _____, 2018.

_____
Judge Presiding

## AGREED AS TO FORM AND CONTENT:


*/s/ Neal A. Sarkar*

Neal A. Sarkar
State Bar No. 24093106
Federal I.D. 2274036
Shawn Bates
State Bar No. 24027287
Federal I.D. 30758
Monica Uddin
State Bar No. 24075195
Federal I.D. 1138459
**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062
nsarkar@azalaw.com
sbates@azalaw.com
muddin@azalaw.com

**ATTORNEYS FOR PLAINTIFFS
MARK BUCHANAN AND DALE HOOVER**

*/s/ Ashley Kahn*

Greg Waller
State Bar No. 00794813
Federal ID No. 20272
Joseph Buoni
State Bar No. 24072009
Ashley M. Kahn
State Bar No. 24087824
Federal ID No. 2149600
HUNTON ANDREWS KURTH, LLP
600 Travis, Suite 4200
Houston, Texas 77002(713) 220-4200
gregwaller@HuntonAK.com
josephbuoni@HuntonAK.com
ashleykahn@HuntonAK.com

James Edward Maloney
State Bar No. 12881500
Federal ID No. 01419
JAMES EDWARD MALONEY, PLLC
815 Walker, Suite 1150
Houston, Texas 77002
(713) 255-7250
jem@jamesedwardmaloney.com

**ATTORNEYS FOR DEFENDANTS**
**STERLING CONSTRUCTION COMPANY, INC.**
**AND TEXAS STERLING CONSTRUCTION CO.**